Michael S. Agruss
Agruss Law Firm, LLC
4619 N. Ravenswood Ave. Ste. 303A
Chicago, IL 60640
Tel: 312.224.4695
Facsimile: 312.253.4451
michael@agrusslawfirm.com
Attorney for Plaintiff
GEORGE MARTIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARTIN,  )<br>  )<br>     Plaintiff,  )<br>  )<br>v.    )<br>  )<br>  )<br>DIRECTV, Inc.; iQor, Inc.;  )<br>and DOES 1-10, INCLUSIVE,  )<br>  )<br>     Defendant.  ) | Case No.: 2:14-cv-06864-MWF-JEM |

## STIPULATION TO DISMISS

Plaintiff, GEORGE MARTIN, and Defendant, DIRECTV, Inc.[1]; First Contact, LLC, wrongly named as iQor, Inc. and DOES 1-10, inclusive, through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

---

[1] Plaintiff has named DIRECTV, Inc. as a defendant in this lawsuit. However, DIRECTV, Inc. merged into DIRECTV, LLC effective January 1, 2012, with DIRECTV, LLC as the surviving entity. This stipulation is entered into by DIRECTV, LLC.

1

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| By:/s/Michael S. Agruss_____ | By:/s/ Becca Wahlquist |
| Michael S. Agruss | Becca Wahlquist |
| Agruss Law Firm, LLC | Snell and Wilmer LLP |
| Attorneys for Plaintiff | Attorneys for Defendant DIRECTV, LLC |
| 4619 N. Ravenswood Ave. Suite 303A | 350 S. Grand Ave Suite 2600 |
| Chicago, IL 60640 | Los Angeles, CA 90071 |
| Tel: (312) 224-4695 | Tel: 213-929-2500 |
| Fax: (312) 253-4451 | Fax: 213-929-2525 |
| michael@agrusslawfirm.com | bwahlquist@swlaw.com |

RESPECTFULLY SUBMITTED,

By:/s/ June D. Coleman_____
  June D. Coleman
  Kronick, Moskovitz, Tidemann & Girard
  Attorneys for Defendant
  400 Capitol Mall, 27th Floor
  Sacramento, CA 95814
  Tel: (913)-321-4500
  Fax: (916)-321-4555
  jcoleman@kmtg.com

## CERTIFICATE OF SERVICE

On March 4, 2015, the document above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By: /s/Michael S. Agruss
Michael S. Agruss